UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAWN SHELTON, | ) | |
| Petitioner, | ) | 2:12-cv-01633-JCM-VCF |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (ECF No. 35). Petitioner seeks a 60-day extension of time to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (ECF No. 35) is **GRANTED.** The reply shall be filed within **sixty (60) days** from the date of issuance of this order.

Dated December 10, 2012.

_____
UNITED STATES DISTRICT JUDGE